UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LIBERTY MUTUAL FIRE INSURANCE COMPANY, LIBERTY INSURANCE
CORP., LIBERTY MUTUAL INSURANCE COMPANY, LIBERTY COUNTY
MUTUAL, THE FIRST LIBERTY INSURANCE CORP., LIBERTY MUTUAL
MID-ATLANTIC INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE
CORP., PEERLESS INS. CO., AMERICAN STATES INSURANCE CO.,
GENERAL INSURANCE CO. OF AMERICA, SAFECO INSURANCE CO. OF
AMERICA, AND SAFECO INSURANCE OF INDIANA,

                                        Plaintiffs,

                    - against -

ISAAC SHAPSON, SERGE DELALEU, M.D., IQBAL PERVAIZ QURESHI, M.D.,
MATTHEW PHILLIP GOTTLIEB, D.C., RALPH ROBERT BONOCORE, D.C.,
IGOR VATELMAN, L.Ac., SD MEDICAL, P.C., P.R. MEDICAL, P.C.,
GOODHEART CHIROPRACTIC, P.C., ELEMENT ACUPUNCTURE, P.C.,
NORTMED MANAGEMENT, INC., JOHN DOES 1 THROUGH 20 AND ABC
CORPORATIONS 1 THROUGH 20,

                                        Defendants.

Case No.:
13-CV-05046 (ENV)(VVP)

CONSENT TO
CHANGE ATTORNEY

IT IS HEREBY CONSENTED that Andrew Cooper, Esq., at Mohen Cooper & Papagianakis LLP,

be substituted as attorneys of record for Defendants Isaac Shapson and Nortmed Management, Inc., in the above-

entitled proceedings, in place and stead of Davidoff Hutcher & Citron, LLP, 200 Garden City Plaza, Suite 315,

Garden City, New York 11530.

Dated:  Garden City, New York
        July ___, 2015

MOHEN COOPER & PAPAGIANAKIS, LLC
*Incoming Attorneys for Defendants*
*Isaac Shapson and Nortmed Management, Inc.*

By: _____
        Andrew Paul Cooper, Esq.
135 Crossways Park Drive, Suite 402
Woodbury, New York 11797
(516) 280-8600

DAVIDOFF HUTCHER & CITRON, LLP
*Incoming Attorneys for Defendants*
*Isaac Shapson and Nortmed Management, Inc.*

By: _____
        Michael Zapson, Esq.
200 Garden City Plaza, Suite 315
Garden City, New York 11530
(516) 248-6400

Nortmed Management, Inc.

By: _____
        Isaac Shapson

        ISAAC SHAPSON
Isaac Shapson

80116552v.1

STATE OF NEW YORK ) 
) .ss:
COUNTY OF *Queens* )

On the *10th* day of ~~July~~ *August*, in the year 2015, before me, the undersigned, a Notary Public in and for said State, personally appeared NORTMED MANAGEMENT, INC. BY ISAAC SHAPSON, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

_____
Notary Public

YOSHIMASA KADOTA
Notary Public - State of New York
NO. 01KA6031064
Qualified in Queens County
My Commission Expires Sep 27, 2017

STATE OF NEW YORK ) 
) .ss:
COUNTY OF *Queens* )

On the *10* day of ~~July~~ *August*, in the year 2015, before me, the undersigned, a Notary Public in and for said State, personally appeared ISAAC SHAPSON, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

_____
Notary Public

YOSHIMASA KADOTA
Notary Public - State of New York
NO. 01KA6031084
Qualified in Queens County
My Commission Expires Sep 27, 2017

8D116552v.1

To:   Robert A. Stern, Esq.
      STERN & MONTANA, LLP
      *Attorneys for Plaintiffs*
      Trinity Centre
      115 Broadway
      New York, New York  10006
      (212) 532-8100

      Gary Tsirelman, Esq.
      GARY TSIRELMAN, P.C.
      *Attorneys for Defendants Iqbal Pervaiz Qureshi, M.D.,*
      *SD Medical, P.C. and P.R. Medical, P.C.*
      129 Livingston Street
      Brooklyn, New York  11201
      (718) 438-1200

80116552v.1