Exhibit "3"

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAR 15 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LIBERTY MUTUAL FIRE INSURANCE COMPANY,
LIBERTY INSURANCE CORP., LIBERTY MUTUAL
INSURANCE COMPANY, LIBERTY COUNTY
MUTUAL, THE FIRST LIBERTY INSURANCE
CORP., LIBERTY MUTUAL MID-ATLANTIC
INSURANCE COMPANY, LIBERTY MUTUAL
INSURANCE CORP., PEERLESS INS. CO.,
AMERICAN STATES INSURANCE CO., GENERAL
INSURANCE CO. OF AMERICA, SAFECO
INSURANCE CO. OF AMERICA AND SAFECO
INSURANCE CO. OF INDIANA,

        Plaintiffs,

-against-

ISAAC SHAPSON, YURI NISNEVICH A/K/A YRU
NISNEVICH, SERGE DELALEU, M.D., IQBAL
PERVAIZ QURESHI, M.D. MATTHEW PHILLIP
GOTTLIEB, D.C., RALPH ROBERT BONOCORE,
D.C., IGOR VATELMAN, L.AC., SD MEDICAL,
P.C., P.R. MEDICAL, P.C., GOTTLIEB FAMILY
CHIROPRACTIC, P.C., GOODHEART
CHIROPRACTIC, P.C., ELEMENT ACUPUNCTURE,
P.C., NORTMED MANAGEMENT, INC., JOHN DOES
1 THROUGH 20 AND ABC CORPORATIONS 1
THROUGH 20,

        Defendants.
------------------------------------------------------------x

13-CV-5064
(ENV) (PK)

STIPULATION AND ORDER OF
VOLUNTARY DISMISSAL WITH
PREJUDICE SOLELY AS TO
IQBAL PERVAIZ QURESHI, M.D.,
P.R. MEDICAL, P.C. AND SD
MEDICAL, P.C.

        **IT IS HEREBY STIPULATED AND AGREED TO** by and between the undersigned counsel for the Plaintiffs, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, Liberty Mutual Insurance Company, Liberty County Mutual, The First Liberty Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty Mutual Insurance Corporation, Peerless Insurance Company, American States Insurance Company, General

Insurance Company of America, Safeco Insurance Company of America, and Safeco Insurance Company of Indiana, (collectively "Plaintiffs") and Defendants Iqbal Pervaiz Qureshi, M.D., P.R. Medical, P.C. and SD Medical, P.C. (collectively, "Defendants"), as follows:

1. Plaintiffs' claims asserted against the Defendants, as that term is defined herein, in this action are dismissed, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

2. Plaintiffs and the Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

4. The Court shall retain jurisdiction and authority over any disputes relating to the enforcement of the settlement agreement entered into by the Plaintiffs and Defendants to this Stipulation and Order of Voluntary Dismissal.

Dated: February 14, , 20 18

**MORRISON MAHONEY LLP**

By: /s/ James A. McKenney
Robert A. Stern, Esq.
James A. McKenney, Esq.
120 Broadway, Suite 1010
New York, New York 10271
rstern@morrisonmahoney.com
*Counsel for Plaintiffs, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, Liberty Mutual Insurance Company, Liberty County Mutual, The First Liberty Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty Mutual Insurance Corporation, Peerless Insurance Company, American States Insurance Company, General Insurance Company of America, Safeco Insurance Company of America, and Safeco Insurance Company of Indiana*

GARY TSIRELMAN P.C.

By: /s/ ~~Gary Tsirelman, Esq.~~ Nicholas Bowers, Esq.
129 Livingston Street, 2nd Floor
Brooklyn, New York 11201
*Counsel for Defendants P.R. Medical, P.C., SD Medical, P.C. and Iqbal Pervaiz Qureshi, M.D.*

/s/ SO ORDERED

_____s/ENV_____
Eric N. Vitaliano, U.S.D.J.

Dated: __3/14__, 2018